IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE CORNEJO-LOPEZ,<br><br>               Defendant. | 8:15CR46<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 88) the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 84). The Court finds the motion should be granted. Accordingly,

1. The United States' Motion (Filing No. 88) is granted.

2. The Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 84) and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 54) are dismissed.

ORDERED this 20th day of October, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge